

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.F., J.L., and J.N.,
Children

No. 06-15-00033-CV

Appeal from the 196th District Court of
Hunt County, Texas (Tr. Ct. No. 80884).
Opinion delivered by Justice Burgess, Chief
Justice Morriss and Justice Moseley
participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 19, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk